# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

IN RE:

DAWN M FRANSEN

Debtor(s)

UNCLAIMED DIVIDENDS FOR
DEPOSIT TO REGISTRY FUND

**CASE NO. BKY 04-45589 RJK**

Jasmine Z. Keller, Chapter 13 Trustee, reports that distributions to Cingular Wireless in the amount of $102.62, were unclaimed.

CREDITOR:
Cingular Wireless
Banko
PO Box 309
Portland, OR 97207-0309

CLAIM NUMBER:
8

AMOUNT:
$102.62

ACCOUNT NUMBER:
023-14243273

**Jasmine Z. Keller, Trustee**

Dated: December 1, 2009

/s/ Jasmine Z. Keller/JJ
Jasmine Z. Keller, Trustee

**DISTRIBUTION:**
Original and one copy to Clerk of Court
One copy to United States Trustee